UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES                      : Crim. No. 05-490 (JLL)

     v.                           : HON. JOSE L. LINARES
                             U.S. District Judge
JOSE LOGRECO

                             : <u>ORDER</u>

     THIS MATTER having been opened to the Court on the application of the defendant, Jose LoGreco (Paul Brickfield, Esq., attorney for the defendant, appearing) for an order seeking the early termination of the defendant's supervised release, and Christopher J. Christie, the United States Attorney for the District of New Jersey, (by Jeffrey S. Chiesa, Counsel to United States Attorney, appearing), having filed opposition to the defendant's application, and the Court having reviewed the application and supporting affidavit of the defendant, and having considered the arguments of counsel, and good cause appearing,

     IT IS on this _6ᵗʰ_ day of June 2008,

     ORDERED that the defendant's application seeking early termination of his supervised release is hereby denied.

 

                                  _____
                         HONORABLE JOSE L. LINARES
                         United States District Judge